## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION

| | |
|---|---|
| IN RE: | ) |
| STEPHEN Z. GRUONER | ) BANKRUPTCY NO. 21-21751-JRA |
| | ) CHAPTER 13 |
| DEBTOR. | ) |

### OBJECTION TO POST-PETITION MORTGAGE FEES, EXPENSES, AND CHARGES

Come now debtor by counsel and objects to U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 BKM-TT Post-Petition Mortgage Fees, Expenses, and Charges filed on May 25, 2022, in the amount of $1,700.00, as being excessive and not supported by an itemization of the following:

    a.  The description of the work performed by each attorney, their names, each attorney's hourly rate, the number of hours performed by each named attorney, and the description of the work performed by each attorney.

    b.  The description of work performed by each non-attorney, their names, their hourly rate, the number of hours performed by each named non-attorney and the description of the work performed by each non-attorney.

**WHEREFORE**, for the preceding reasons, debtors request that the court disallow U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 BKM-TT's Post-Petition Mortgage Fees, Expenses and Charges.

/s/ Ricardo B. Casas
RICARDO B. CASAS
Attorney at Law
6949 Kennedy Avenue
Hammond, Indiana 46323
219-845-1122

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

IN RE:                                                      )
STEPHEN Z. GRUONER                      ) BANKRUPTCY NO. 21-21751-JRA
                                                                ) CHAPTER 13
                 DEBTOR.                           )

**CERTIFICATE OF SERVICE**

I, the undersigned, namely, Ricardo B. Casas, an attorney licensed to practice law in the State of Indiana, do state under oath that on the **11th day of August, 2022,** a copy of the attached **Objection to Post-Petition Mortgage Fees, Expenses, and Charges** was electronically mailed to the U.S. Trustee, the Chapter 13 Trustee, Paul Chael, sent by regular mail to the debtors and; **U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 BKM-TT**, c/o Sottile & Barile, Attorneys at Law/Molly Slutsky Simons, 394 Wards Corner Road, Suite 180, Loveland, OH 45140 by placing the foregoing in an envelope having proper postage and depositing the same in the U.S. Mail.

 /s/ Ricardo B. Casas
RICARDO B. CASAS

I HEREBY AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE PRECEDING STATEMENT IS TRUE AND ACCURATE TO THE BEST OF MY KNOWLEDGE, BELIEF, AND RECOLLECTION.

/s/ Ricardo B. Casas
RICARDO B. CASAS
Attorney at Law
6949 Kennedy Avenue
Hammond, IN 46323
219/845-1122